UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOARD OF TRUSTEES OF THE EMPLOYEE PAINTERS' TRUST,<br><br>Plaintiff,<br><br>v.<br><br>COAST MIRROR COMPANY, INC. and RICHARD JAMES CURTIS,<br><br>Defendants. | CASE NO. C22-570 MJP<br><br>MINUTE ORDER |

The following Minute Order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

The Court issued an Order requiring the Parties to submit a Joint Status Report by July 5, 2022. (Dkt. No. 6.) Before that deadline, Plaintiff moved for and obtained entry of default against Defendants. (Dkt. Nos. 7-8.) Plaintiff then filed a "Status Report" on June 30, 2022, which is not a jointly-filed document as required by the Court's initial Order. (Dkt. No. 9; see Dkt. No. 6.) Given this record, the Court therefore ORDERS Plaintiff to file either a Joint Status

MINUTE ORDER - 1

Report or a Motion for Default Judgment by no later than August 24, 2022. Failure to comply with this Minute Order may lead to dismissal of this action for failure to prosecute.

The clerk is ordered to provide copies of this order to all counsel.

Filed July 27, 2022.

Ravi Subramanian
Clerk of Court

s/Serge Bodnarchuk
Deputy Clerk
