Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| BOARD OF TRUSTEES OF THE EMPLOYEE PAINTERS' TRUST,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>COAST MIRROR COMPANY, INC., an Oregon corporation; and RICHARD JAMES CURTIS, an individual,<br><br>　　　　Defendants, | Case No. 2:22-cv-00570-MJP<br><br>**ORDER FOR EXTENSION OF TIME** |

Plaintiff, Board of Trustees of the Employee Painters' Trust (hereinafter "Plaintiff" or "Trust"), by and through their counsel of record, The Urban Law Firm have moved the Court for extension of time to complete the audit and file an Amended Default Judgment.

Having reviewed the Motion for and supporting exhibit and with good cause appearing, this Court hereby ORDERS:

1.　　An extension of sixty (60) days for the Plaintiff's auditors to complete its review of the payroll and related records to determine any amounts due by Coast for their failure to submit its monthly fringe benefit contributions reports and any corresponding contributions owed to the Trusts. The audit shall be completed on or before November 21, 2022.

Order
(2:22-cv-00570-MJP)

THE URBAN LAW FIRM
720 N. 10th Street, A #389, Renton, WA 98057
P. (702) 968-8087 / (702) 255-1718
CHRISTENSEN JAMES & MARTIN
7440 W. Sahara Ave., Las Vegas, NV 89117
wes@cjmlv.com
murban@theurbanlawfirm.com
Counsel for the Plaintiff

2.       An extension of sixty (60) days following completion of the audit for the Plaintiff to file an Amended Default Judgment to include any sums due and owing as a result of the completed audit. The motion may include requests for all delinquent/unpaid contributions, liquidated damages, interest, audit fees, and any additionally incurred attorneys' fees and costs. This motion to amend the judgment shall be filed on or before January 20, 2023.

Dated this 26 day of September, 2022.

Marsha J. Pechman
United States Senior District Judge

Presented by:

**THE URBAN LAW FIRM**

*/s/ Michael A. Urban*
Michael A. Urban, Esq.
Washington State Bar No. 20251
321 Burnett Ave S., Suite 300
Mail: 720 N 10th St, A #389
Renton, WA  98057
P. (702) 968-8087; F. (702) 968-8088
E-mail: murban@theurbanlawfirm.com

Order
(2:22-cv-00570-MJP)

THE URBAN LAW FIRM
720 N. 10th Street, A #389, Renton, WA 98057
P. (702) 968-8087 / (702) 255-1718
CHRISTENSEN JAMES & MARTIN
7440 W. Sahara Ave., Las Vegas, NV 89117
wes@cjmlv.com
murban@theurbanlawfirm.com
Counsel for the Plaintiff